**FILED**

APR - 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE LUIS VASQUEZ,<br><br>  Defendant, | No. 12 mj-~~70374 HRL~~ 70379 HRL<br><br>[~~PROPOSED~~] ORDER OF RELEASE |

Upon application of the United States of America, and good cause appearing,

IT IS HEREBY ORDERED that the individual arrested and transferred into federal custody as Jose Luis Vasquez, be released forthwith..

IT IS SO ORDERED.

DATED: 4/6/12

HONORABLE HOWARD R. LLOYD
United States Magistrate Judge